IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FEDERICO De JESUS ESTACIO,

        Plaintiff,        Civil No. 07-3034-HO

        v.        ORDER

OREGON JUDICIAL DEPARTMENT,

        Defendants.

HOGAN, District Judge.

By Order (#6) entered July 28, 2007, plaintiff's Application to proceed in forma pauperis was denied and plaintiff was allowed 30 days to submit a filing fee in the amount of $350. Plaintiff was advised that failure to submit the filing fee as directed by the court would result in the

1 - ORDER

dismissal of this action for failure to prosecute.

Plaintiff has not submitted the filing fee as ordered by the court or requested an extension of time in which to do so. This action is dismissed for failure to prosecute.

Plaintiff's Motion for Attorney's Fees (#7) is denied.

IT IS SO ORDERED

DATED this 6th day of Sept., 2007.

Michael R. Hogan
United States District Judge

2 - ORDER